UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM MICHAEL GILLIARD,

    Plaintiff,

v.                                Case No.: 8:15-cv-2595-T-33EAJ

VICTORIA L. ROGERS, ET AL.,

    Defendants.
_____/

## ORDER

This matter comes before the Court _sua sponte_. On November 4, 2015, Plaintiff William Michael Gilliard filed a _pro se_ "Verifiable Claim/Demand for Relief," which this Court construed as a complaint. (Doc. # 1). The Complaint alleges:

> It is my good faith belief the man John W. H. Burton, acts as Attorney at Law, and the [wo]man Victoria L. Rogers, acts as Clerk of the Circuit Court for Hardee County, Florida, are wrongdoers, who cause breach of trust against i the real-live man, :gillaiard; William Michael.: which result in injury to an extortion, trespass and larceny of my property; my time, dignity, life, liberty, happiness, ability to earn and as public Trustees they fail in their duties and obligations of their Oaths of Office and together these public officers bring fraud upon the Hardee County Circuit Court by deprivation of my civil rights under color of law; U.S.R.S., secs. 629, 1979.

1

(Id. at 1-2) (alteration and punctuation in original). The Complaint then provides a summary of the attachments to the Complaint. (Id. at 2-6).

In the attachments, Gilliard recounts what he states is "the design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the liberties of Private National Citizens of the United States of America by imposing a State-created, statutory, de facto **Public 'U.S. citizenship.'**" (Doc. # 1-1 at 6) (emphasis in original). According to Gilliard,

> This de facto Pubic U.S. citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally de jure civilian government of the United States . . . to be replaced with a Congressionally created, statutory, de facto Emergency War Powers military government of the United States on March 9, 1933. This radical, socialist-communist **coup d'état** plotted by the infamous **Society of Jesus**, aided by the **Knights of Columbus** and carried out by its Scottish-Rite Masonic agent, President Franklin "Augustus Caesar" Roosevelt, would overthrow the civilian government exercising the constitutional, de jure **jurisdiction** of the United States . . ., replacing it with a de facto military government exercising an extra-constitutional, alien and foreign, de facto **jurisdiction** of the United States . . . .

(Id. at 6-7) (emphasis in original). Gilliard continues on, but the thrust of what he states is that citizens are forced into a unilateral contract by the issuance of a birth certificate, and that Gilliard seeks to void that putative

2

unilateral contract in order to reclaim himself. (Id. at 7-29).

After reviewing the Complaint liberally, as this Court must in light of Gilliard's pro se status, the Court determines this action should be dismissed. The Complaint simply fails to state a cause of action. If Gilliard seeks to renounce his citizenship, the appropriate course of action would be to follow the procedures prescribed in 8 U.S.C. § 1481; notably, filing suit in a United States District Court is not among those listed in Section 1481.

Furthermore, to the extent the Complaint can be construed as seeking relief from a foreclosure action, see (Doc. # 1-13 at 2), this Court lacks jurisdiction. Sitton v. United States, 413 F.2d 1386, 1389 (5th Cir. 1969) ("Federal courts have no authority to act as an appellate arm of the state courts."); Harper v. Chase Manhattan Bank, 138 Fed. Appx. 130, 132 (11th Cir. 2005) ("Under the Rooker-Feldman abstention doctrine, '[i]t is well-settled that a federal district court lacks jurisdiction to review, reverse, or invalidate a state court decision.'" (quoting Dale v. Moore, 121 F.3d 624, 626 (11th Cir. 1997))).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

3

(1)  Gilliard's Complaint (Doc. # 1) is **DISMISSED.**

(2)  The Clerk is directed to **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of November, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record